IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3092 |
| | ) | |
| v. | ) | |
| | ) | |
| JONAIR TYREECE MOORE, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the government's motion to continue, (filing no. 24), is granted, and the government's response to the defendant's motion to transfer shall be filed on or before September 28, 2009.

    DATED this 24th day of September, 2009.

                                  BY THE COURT:

                                  *Richard G. Kopf*
                                  United States District Judge