IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3092 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM AND ORDER |
| JONAIR TYREECE MOORE, | ) | |
| | ) | |
| Defendant. | ) | |

The government has moved to continue the trial currently set for November 2, 2009. Filing No. 29. The government's motion states pleas negotiations are ongoing, and the parties agree an additional thirty days is needed to either complete those negotiations or, failing any agreement, prepare for trial. The Court finds the government's unopposed motion to continue should be granted.

IT IS ORDERED:

1) The government's motion to continue, (filing no. 29), is granted.

2) The trial of this case is set to commence at 9:00 a.m. on November 30, 2009 for a duration of five trial days. Jury selection will be at the commencement of trial.

3) Based upon the showing set forth in the government's motion and the representations of his counsel, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendants and the public in a speedy trial. Accordingly, the time

between today's date and November 30, 2009 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7)(A).

DATED this 19th day of October, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge