IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3092 |
| | ) | |
| v. | ) | |
| | ) | |
| JONAIR TYREECE MOORE, | ) | ORDER DENYING MOTION TO |
| | ) | CONTINUE TRIAL |
| Defendant. | ) | |
| | ) | |

    A telephone conference call with the court was held on Friday, November 27, 2009. The parties participating were Janice Lipovsky, counsel for the government, John J. Velasquez, counsel for the defendant, and the defendant, Jonair Tyreece Moore, regarding the Motion to Continue, filing 52, and the oral motion of John J. Velasquez to withdraw as counsel.

    IT IS ORDERED that:

    1.    the Motion to Continue, filing 52, is denied; and

    2.    John J. Velasquez's oral motion to withdraw as counsel is denied.

    Dated November 30, 2009.

                                                    BY THE COURT

                                                    s/ Warren K. Urbom
                                                    United States Senior District Judge