IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:09CR3092 |
| v. | ) | |
| JONAIR TYREECE MOORE, | ) | ORDER |
| Defendant. | ) | |

The defendant has filed an Amended Objection to Revised Presentence Investigation Report and Request for Evidentiary Hearing. In it the defendant has objected to all paragraphs of the Revised Presentence Investigation Report having to do with possible obstruction of justice, having to do with use or attempted use of a person less than 18 years of age, having to do with possession of a firearm in relation to the drug trafficking crime, and having to do with quantity of cocaine base and cocaine, and the paragraphs relating to computation.

IT IS ORDERED that an evidentiary hearing shall be had at the time of the sentencing, evidence shall be received, and the objections to the Revised Presentence Investigation Report, as well as the Motion for Downward Departure shall be reached following oral arguments.

Dated March 1, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge