IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JONAIR TYREECE MOORE, ) <br> ) <br> Defendant. ) <br> ) | 4:09CR3092 <br><br> ORDER ON MOTION TO CONTINUE SENTENCING |

IT IS ORDERED that:

1. the Motion to Continue Sentencing, filing 117, is granted;

2. the evidentiary and sentencing hearing is continued to April 14, 2010, at 12:15 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. the defendant shall be present at the hearing.

Dated March 8, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge