IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3092 |
| | ) | |
| v. | ) | |
| | ) | |
| JONAIR TYREECE MOORE, | ) | ORDER CONTINUING EVIDENTIARY |
| | ) | AND SENTENCING HEARING |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

1. the evidentiary and sentencing hearing is continued to April 29, 2010, at 9:00 a.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

2. the defendant shall be present for the hearing.

Dated April 19, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge

.