IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:09-CR-3092 |
| vs. | ORDER |
| JONAIR TYREECE MOORE, | |
| Defendant. | |

IT IS ORDERED:

1. The defendant's motion to appoint counsel (filing 199) is granted pursuant to General Order No. 2019-01, and the Federal Public Defender for the District of Nebraska is appointed to represent the defendant with respect to potential relief under § 404 of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194 (2018).

2. The Clerk of the Court shall provide the defendant with a copy of this order.

Dated this 30th day of January, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge